FILED
2011 Sep-20 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form FIS-17   Rev. 1/89 | CIVIL COST BILL | Case Number<br>CV / 2011 / 902870<br>ID / YR / Number |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**

FILED
2011 SEP 20 A 11:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**PLAINTIFF** SHONDU GREEN    vs.   **DEFENDANT** CHASE HOME FINANCE

**IN THE MATTER OF:** REMOVAL CV-11-PWG-3345-S

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ALABAMA ROOM 140
1729 5TH AVENUE NORTH
BIRMINGHAM AL 35203

## COSTS

| | PLAINTIFF AMOUNT | DEFENDANT AMOUNT | OTHER AMOUNT |
|---|---|---|---|
| 1. DOCKET FEE: CIRCUIT | $406.00 | | |
| 2. JURY DEMAND | $100.00 | | |
| 3. SERVICE FEES: | | | |
| EA. DEF. OVER ONE | | | |
| NON-RES. DEFEND. | | | |
| CERTIFIED MAIL | $15.26 | | |
| SUBPOENA FEE | | | |
| 4. WITNESS FEES (1.50/DAY .05/MILE) | | | |
| 5. POST JUDGMENT: | | | |
| ATTACHMENT | | | |
| GARNISHMENT | | | |
| EXECUTION | | | |
| 6. PUBLICATION | | | |
| 7. JUDGMENTS | | | |
| 8. PUBLIC LAW LIBRARY TAX | | | |
| 9. COST FROM LOWER COURT | | | |
| 10. OTHER: | | | |
| **TOTAL COSTS PAID** | **$521.26** | | |

I HEREBY CERTIFY THAT ALL ABOVE IS A TRUE AND CORRECT STATEMENT OF THE COSTS DUE IN THE SPECIFIED CASE.

SEPTEMBER 16, 2011
DATE ISSUED

*Anne Marie Adams*
CLERK
ROOM 400, JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM, ALABAMA 35203

(Original and Copy)COMPTROLLER        (Duplicate)CLERK