# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHONDU GREEN and** )<br>**ADRIANE CRAWFORD GREEN,** )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>**CHASE HOME FINANCE, LLC, and** )<br>**EQUIFAX INFORMATION SERVICES, LLC,** )<br>   )<br>   **Defendants.**   ) | CASE NO. 2:11-cv-3345-PWG |

## FINAL ORDER

This cause comes to be heard on Plaintiffs' motion to voluntarily dismiss with prejudice their claims against the sole remaining defendant, Chase Home Finance, LLC, on the ground that such claims have now been settled. (Doc. 22). Plaintiffs' motion is **GRANTED** and the claims against Defendant Chase Home Finance, LLC, are hereby **DISMISSED WITH PREJUDICE**, with costs taxed as paid. The Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** this ___8th___ day of August, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE